```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 02083
   DANIEL T MARTINO
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-6879
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/07/07 and confirmed on 06/29/07.

   2.  The case was dismissed after confirmation, 11/16/2007.

   3.  The Debtor paid a total of $   4970.00 .

   4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EVERHOME MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| EVERHOME MORTGAGE CO | MORTGAGE ARRE | 1498.26 | .00 | 1498.26 |
| INTERNAL REVENUE SERVICE | PRIORITY | 3731.29 | .00 | .00 |
| CERTEGY CHECK SRV | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 1502.78 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 491.92 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 445.98 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 286.56 | .00 | .00 |
| GE MONEY BANK | UNSECURED | 312.11 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 463.51 | .00 | .00 |
| PEOPLES GAS | UNSECURED | 396.63 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 8811.18 | .00 | .00 |
| MEGAN & KATIE MARTINO | CHILD SUPPORT | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 7901.23 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 1125.64 | .00 | .00 |

         Summary of disbursements:
---
| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1498.26 | 3731.29 | 21737.54 | .00 | 26967.09 |
| PRINCIPAL PAID | 1498.26 | .00 | .00 | .00 | 1498.26 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1498.26 | .00 | .00 | .00 | 1498.26 |

The Debtor's attorney, DAVID M SIEGEL          , was allowed $   3000.00
and was paid $   376.00   direct and $   2624.00  through the plan.

The Trustee received $    137.74 .

Refunds to the Debtor totaled $    710.00 .

     Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/11/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE